IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.: 18-cr-030-jdp

PAUL DOUCET,

    Defendant.

PRELIMINARY ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On February 15, 2018, a federal grand jury sitting in Madison, Wisconsin returned an indictment against defendant Paul Doucet. The one-count indictment charged that on or about May 17, 2017, the defendant knowingly possessed a SanDisk 128GB Cruzer Glide, SN starting with 2005; a SanDisk 128 GB Cruzer Glide, SN starting with 4C53; a 500GB Seagate hard drive, and a Seagate 4TB Backup Plus external hard drive containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically the SanDisk 128GB Cruzer Glide, SN starting with 2005; the SanDisk 128 GB Cruzer Glide, SN starting with 4C53; the 500GB Seagate hard drive, and the Seagate 4TB Backup Plus external hard drive, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, the depictions were of such conduct, and at least one of the

depictions involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2). The indictment also contained a forfeiture allegation for the forfeiture of:

 a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

 b. any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including a SanDisk 128GB Cruzer Glide, SN starting with 2005; a SanDisk 128 GB Cruzer Glide, SN starting with 4C53; a 500GB Seagate hard drive, and a Seagate 4TB Backup Plus external hard drive.

 2. On July 2, 2018, the defendant pleaded guilty to the one-count indictment. In the plea agreement, the defendant agreed to the forfeiture of all electronic devices and media seized by the FBI on May 17, 2017.

IT IS THEREFORE ORDERED:

 1. That based upon Paul Doucet's plea, and pursuant to Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant forfeits to the United States his right, title, and interest in the following:

 a. any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

 b. any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including a SanDisk 128GB Cruzer Glide, SN starting with 2005; a SanDisk 128 GB Cruzer Glide, SN starting with 4C53; a SanDisk 4GB Cruzer USB Drive; a Dell Inspiron 3721 Laptop, SN starting with 3DJS; a 500GB

Seagate hard drive, SN starting with W3P1 (inside Dell); a Seagate 4TB Backup Plus external hard drive, SN starting with NA7P; an eMachine T4155 Desktop, SN starting with QVC1; a Seagate ST360020A 60GB hard drive, SN starting with 6EX0 (inside eMachine); an Asus Eee 1005PEB Laptop, SN starting with 9COA; a Seagate ST9250315AS 250GB hard drive, SN starting with 6VC1 (inside Asus); a SanDisk 2GB Micro SD Card, SN starting with 0827; and a Sony PSP-3001, SN starting with AT11; a Sony 2GB Memory Stick Pro Duo, SN starting with H818 (inside PSP).

2. The government is directed to seize and take custody of the above-referenced property.

3. Pursuant to 21 U.S.C. § 853 (n), as incorporated by 18 U.S.C. § 2253(b), the United States shall publish notice of the order and of its intent to dispose of property in such a manner as the Attorney General may direct. Any other person, other than the defendant, having or claiming a legal interest in any of the forfeited property must file a petition with the Court within thirty days of final publication notice or receipt of actual notice, whichever is earlier.

   a. The petition shall be for a hearing to adjudicate the validity of a petitioner's alleged interest in the forfeited asset, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited asset and any additional facts supporting the petitioner's claim and the relief sought.

   b. The United States may also, to the extent practicable, provide direct written notice to any person who has an alleged interest in the forfeited asset, as a substitute for published notice.

4. Upon adjudication of any and all third party interests, this Court will enter a Final Order of Forfeiture, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

ORDERED this 5TH day of July 2018.

JAMES D. PETERSON
United States District Judge